THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*. MOSES P. PROUT et al., as Administrators, etc., Respondents.

(Submitted November 25, 1889; decided December 10, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 9, 1889, which reversed an order of the surrogate of the county of New York, amending a decree of his court.

*John R. Fellows* for appellant.

*G. H. Crawford* for respondents.

Agree to affirm on opinions below.
All concur.
Order affirmed.